## Wiltse, Guardian, v. Hurley *et al.*

1. LEASE: COLOR OF TITLE.  The lessee of real property, holding under a lessor who has but a life estate therein, has no color of title within the meaning of chapter 80 of the Code of 1851; and cannot recover in a proceeding under said chapter for improvements placed upon such premises.

*Appeal from Dubuque City Court.*

MONDAY, APRIL 15.

*O'Neal & Harvey* for the appellants, cited the first two clauses of section 1240, Code of 1851 ;  Co. Litt. 345*c.; Glick* v. *Gregg*, 19 Ohio 57 ; *Lessee of Shaler* v. *Magin*, 2 Ohio 236; and reviewed the authorities cited by counsel for appellee.

*Wiltse & Sawyer* for the appellee, relied upon *Pratt* v. *Churchill*, 24 Ill. 477 ; *Varney* v. *Stevens* 22 Ib. 331  *Treat* v. *Strickland*, 23 Ill. 238; *Gibson* v. *Hutchins*, 12 Louis. 546 ; 2 Calf. 148.

BALDWIN, J.—The plaintiff, by his action of right, seeks the possession of certain real estate leased by defendant from Mary Alderson, who had but a life estate therein ; the reversion in fee being in the infant plaintiffs.  Mary Alderson died soon after making said lease and the defendant

claims to recover the value of certain improvements made by him upon the leased premises.    The defendant filed his petition, claiming the value of the improvements, under the provisions of chapter 80 of the Code of 1851.

In order to maintain his claim for such improvements the occupant must have some color of title to the property upon which such improvements were made.    Sections 1239–40 declare what character of title will be sufficient to enable the occupant to recover.    The defendant sets up no such claim of title.    His possession was not adverse to that of plaintiff.    He occupied the premises under a lease as a tenant only.    The defendant, it is true, paid taxes upon the leased premises; and this, under the statute, would give him color of title, but the taxes were paid in pursuance of the terms of the lease, and as part consideration for the use of the premises..'

Judgment affirmed.